UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> FERNANDO FROMETA, </br>    a/k/a "KING FERN" | ) </br> ) Cr. No. 04-10050-NG </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

GOVERNMENT'S MOTION TO UNSEAL

The United States hereby moves to unseal the indictment in the above captioned matter. In support of this motion, the government states that the indictment was sealed, at the government's request, on February 19, 2004, so that no public disclosure of the filing of the indictment would impede attempts to arrest the defendant. Since the defendant has now been arrested, the government asks that the indictment be unsealed.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: JOHN A. WORTMANN, JR.
PETER K. LEVITT
Assistant U.S. Attorneys

February 24, 2004