UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | Criminal No. 04-10050-NG |
| ) | |
| FERNANDO FROMETA          ) | |

## INFORMATION

**COUNT ONE:**   (Title 21, United States Code, Section 851 --
                 Notice of Prior Conviction)

The United States Attorney Charges that:

1. On or about November 24, 2000, Fernando Frometa was convicted in the Rockingham New Hampshire Superior Court of possession of a controlled drug in violation of N.H. Rev. Stat. § 318-B:26, a Class B Felony;

2. FERNANDO FROMETA has been named as a defendant in an Indictment numbered 04-10050-NG, charging him with, conspiracy and distribution of cocaine base, a/k/a "crack cocaine."

3. By way of this information, the government notifies FERNANDO FROMETA that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraphs 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

                                Respectfully submitted,

                                MICHAEL J. SULLIVAN
                                United States Attorney

                        BY: _____
                                JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney

Dated: March 13, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing document by mail and to counsel for FERNANDO FROMETA".

                                _____3·15·04___
                                JOHN A. WORTMANN, JR.
                                Assistant U.S. Attorney