UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )   Criminal No.  04-10050-NG<br>)<br>)<br>FERNANDO FROMETA          )<br>) | |

### JOINT STATUS REPORT

Pursuant to Local Rule 116.5(A), the parties are hereby jointly filing the following status report prepared in connection with the initial status conference scheduled for April 16, 2004.

1. <u>Local Rule 116.3 Timing Requirements</u>

The parties are not presently requesting relief from the timing requirements of Local Rule 116.3.

2. <u>Expert Discovery</u>

The government anticipates that, unless there is a stipulation regarding the drugs involved in this case, it will offer expert testimony regarding the drugs at issue. The government will make expert disclosures 30 days before trial. The defendant will make its expert disclosures 15 days before trial.

3. <u>Additional Discovery</u>

The government does not anticipate providing substantial additional discovery other than additional certifications as they are received from the laboratory and expert disclosures as may be

requested as specified in paragraph 1, above. If additional discoverable reports relevant to this investigation are received, however, they will be produced.

4. <u>Motion Date</u>

The parties are jointly requesting that June 7, 2004 be set as the date for discovery Motions to be filed and are requesting that the time between the Initial Status Conference and the date of the Final Status Conference be excluded from all Speedy Trial Act calculations.

5. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

| | |
|---|---|
| 2/24/04-3/12/04 | Government's motion for detention |
| 3/12/04-4/9/04 | Order for exclusion entered 3/12/04 |
| 4/10/04-<br>Final Status | Excluded at the request of all parties in the interest of justice as set forth above. |

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

6. <u>Anticipated Trial</u>

The parties believe that it is too early to determine whether a trial in this matter will be required.

7. <u>Final Status Conference</u>

The parties request that a Further Status Conference be scheduled for June 14, 2004 or as soon thereafter as is

convenient for the Court.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    UNITED STATES ATTORNEY

By: _____
      JOHN A. WORTMANN, JR.
      PETER B. LEVITT
      Assistant U.S. Attorneys
      One Courthouse Way
      Boston, MA
      (617) 748-3207

_____
PAUL KELLY
MATTHEW RICKMAN
Kelly, Libby & Hoopes
175 Federal St.
Boston, MA 02110
(617) 338-9300
Attorneys for Fernando Frometa