UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10050-NG

UNITED STATES OF AMERICA

v.

FERNANDO FROMETA

**FURTHER ORDER ON EXCLUDABLE TIME**

April 16, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

April 9, 2004 - June 15, 2004,

that being the date the last order on excludable time expired through the date of the next status conference.

Based upon the prior order of this court dated March 12, 2004, and this order, at the time of the Final Status Conference on June 15, 2005, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

/ s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge