UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No.  04-10050-NG |
| ) | |
| ) | |
| FERNANDO FROMETA        ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(C), the parties are hereby jointly filing the following Status Report prepared in connection with the Interim Status Conference scheduled for June 15, 2004.

1. Outstanding Discovery Issues

There are presently no outstanding discovery motions or issues.  Because defense counsel is still investigating relevant matters, he is requesting that the time for him to file motions be extended to July 15, 20044 and that a Final Status Conference be scheduled in mid-July on a date convenient for the Court.  The government does not oppose this request.

2. Additional Discovery

The government will provide expert discovery 21 days before trial.  The defendants will provide expert discovery 7 days before trial.  No party presently anticipates producing or requesting any other additional discovery.

1

3. <u>Insanity/ Public Authority Defenses</u>

The defendant does not presently intend to raise a defense of insanity or public authority.

4. <u>Notice of Alibi</u>

The government requested a Notice of Alibi in its Automatic Discovery Letter.  No response has been received to that request as of this date.

5. <u>Motions</u>

As set forth above, Frometa is requesting until July 15, 2004 to file motions.  The defendants is also reserving his right to file other pretrial motions that could require a ruling by the District Court.

6. <u>Scheduling</u>

As set forth above, the parties are requesting that a Final Status Conference be scheduled in mid-July. The parties agree that the time between June 15, 2004 and the date of the Final Status Conference is excludable under the Speedy Trial Act.

7. <u>Early Case Resolution</u>

The parties will report to the court on the possibility of a plea a the Final Status Conference.

8. <u>Speedy Trial Act Calculations</u>

The parties have conferred on the periods excludable from all Speedy Trial Act calculations and agree that the following periods are excludable:

```
2/24/04-3/12/04        Government's motion for detention

3/12/04-4/9/04         Order for exclusion entered 3/12/04

4/9/04-6/15/04         Order for exclusion entered 4/16/04
```

As of the Final Status Conference, 0 days will have been counted and 70 days will remain under the Speedy Trial Act.

9. <u>Length of Trial</u>

In the event that a trial is required, the parties estimate that it will last 3-5 days.

>
> Respectfully submitted,
>
> MICHAEL J. SULLIVAN
> UNITED STATES ATTORNEY
>
> By: <u>/s John A. Wortmann, Jr.</u>
>     JOHN A. WORTMANN, JR.
>     PETER B. LEVITT
>     Assistant U.S. Attorneys
>     One Courthouse Way
>     Boston, MA
>     (617) 748-3207
>
>     <u>/s Matthew Rickman</u>
>     PAUL KELLY
>     MATTHEW RICKMAN
>     Kelly, Libby & Hoopes
>     175 Federal St.
>     Boston, MA 02110
>     (617) 338-9300
>     Attorneys for Fernando Frometa