UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10050-NG

UNITED STATES OF AMERICA

v.

FERNANDO FROMETA

## FURTHER ORDER ON EXCLUDABLE TIME

June 15, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

June 15, 2004 - July 20, 2004

that being the period between the Interim Status Conference and the Final Status Conference.

Based upon the prior orders of this court dated March 12, 2004, April 16, 2004, and this order, at the time of the Final Status Conference on July 20, 2004, there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge