UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10050-NG

UNITED STATES OF AMERICA

v.

FERNANDO FROMETA

**FINAL STATUS REPORT**

October 14, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, October 14, 2004, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this court enters the following report, in accordance with Local Rule 116.5(D):

1. It appears at this time that a trial will be necessary.

2. Discovery is completed at this time.

3. There are no outstanding or anticipated discovery issues at this time.

4. The defendant intends to file a motion to suppress. All dispositive motions must be filed by November 15, 2004.

5. Based upon the prior orders of the court dated March 12, 2004, April 16, 2004, June 15, 2004, July 20, 2004 and the order entered this date, as of today there are zero (0) days of non-excludable time under the Speedy Trial Act and **seventy (70)** days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered a Further Order on Excludable Time excluding the period of October 14, 2004 through November 15, 2004 to enable the defendant time to prepare his motion. The pendency of any motion shall result in further time being excluded under the Speedy Trial Act.

6.      It is estimated that if the case goes to trial, the trial will last approximately 2-3 days.

7.      The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

      / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge