UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10050-NG

UNITED STATES OF AMERICA

v.

FERNANDO FROMETA

## FURTHER ORDER ON EXCLUDABLE TIME

October 14, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

August 6, 2004 through October 14, 2004

that being the period between the date of the Final Status Conference as originally scheduled and the date the Final Status Conference was held, and

October 14, 2004 through November 15, 2004

that being the period between the Final Status Conference and the date by which dispositive motions must be filed.

Based upon the prior orders of this court dated March 12, 2004, April 16, 2004, June 15, 2004, July 20, 2004 and this order, as of November 15, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

                                              / s / Judith Gail Dein
                                             Judith Gail Dein

-2-

                                        United States Magistrate Judge