UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES | ) ) ) | |
| v. | ) ) | Criminal No. 04-10050-NG |
| FERNANDO FROMETA, | ) ) ) | |
| Defendant | ) ) ) | |

**ASSENTED-TO MOTION TO ENLARGE TIME WITHIN WHICH
TO FILE DEFENDANT'S DISPOSITIVE MOTIONS**

Now comes the Defendant, Fernando Frometa, and hereby respectfully moves that this Honorable Court enlarge the time within which he may file any dispositive motions **from** November 15, 2004 **to** December 20, 2004.

**IN SUPPORT WHEREOF**, Counsel for the Defendant states that such additional time is necessary as the parties are currently engaged in a dialogue to resolve the matter; and further, that Counsel for the Government has graciously given his assent hereto.

FERNANDO FROMETA
By his attorneys,


_/s/ R. Matthew Rickman____
Paul V. Kelly
R. Matthew Rickman
Kelly, Libby & Hoopes, P.C.
175 Federal Street
Boston, MA 02110
617-338-9300
BBO No. 637160

Dated: November 12, 2004