UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10050-NG

UNITED STATES OF AMERICA

v.

FERNANDO FROMETA

## FURTHER ORDER ON EXCLUDABLE TIME

November 15, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

November 15, 2004 through December 20, 2004

that being the period between the date by which dispositive motions were originally to be filed and the new date for filing such motions as requested by the defendant.

Based upon the prior orders of this court dated March 12, 2004, April 16, 2004, June 15, 2004, July 20, 2004, October 14, 2004 and this order, as of December 20, 2004 there will be zero (0) days of non-excludable time under the Speedy Trial Act, and seventy (70) days remaining under the Speedy Trial Act in which this case must be tried.

　　　　　　　　　　　　　　　　　　　　/ s / Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　Judith Gail Dein
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge