UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No.  04-10050-NG |
| ) | |
| **FERNANDO FROMETA** ) | |

**MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS**

The United States of America hereby moves with the assent of defense counsel that the time between December 17, 2004 and March 7, 2005 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on December 29, 2004,  counsel requested (and were granted) additional time (through March 7, 2005) to investigate issues raised by the defendant's response to the 851 Information.  Based on that request the government therefore moves that the time December 17, 2004 (the date on which the response was filed) and March 7, 2005 (the date of the status conference scheduled by the Court) be excluded from all Speedy Trial Act calculations in the interest of justice.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

By:/s John A. Wortmann,Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorney
    One Courthouse Way
    Boston, MA 02210
    (617)748-3207

+