

U.S. Department of Justice

*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*          *United States Courthouse, Suite 9200*
                                          *1 Courthouse Way*
                                          *Boston, Massachusetts  02210*

                                          January 21, 2005

Paul Kelly
Kelly, Libby & Hoopes
175 Federal St.
Boston, MA 02110

          Re:  United States v. Fernando Frometa
               Criminal No. 04-10050-NG

Dear Paul:

     I continue to await for the information requested in the
attached letter of January 2, 2005 regarding the defendant's
repsonse to the 851 Information.  As I have indicated, I am happy
to get this on my own.  Please either send the information or
indicate that I should proceed independently.  Time is going by.

     Thanks.


                                   Very truly yours,

                                   MICHAEL J. SULLIVAN
                                   United States Attorney

                              By:  /s John A. Wortmann, Jr.
                                   JOHN A. WORTMANN, JR.
                                   Assistant U.S. Attorneys

attachment
cc:  Maryellen Molloy,
     Clerk to the Hon. Nancy Gertner

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*          *United States Courthouse, Suite 9200*
                                          *1 Courthouse Way*
                                          *Boston, Massachusetts  02210*


January 2, 2005

Paul Kelly
Kelly, Libby & Hoopes
175 Federal St.
Boston, MA 02110

       Re:   United States v. Fernando Frometa
                Criminal No. 04-10050-NG

Dear Paul:

    This is to confirm my request that you provide me with any documents pertaining to the conviction that is the subject of your response to the government's 851 Information.

    I understand that you have a copy of the plea hearing as well as police reports and other court documents and that you will provide me with copies of these documents and any other documents pertaining to this conviction that come into your possession after this date.

    It is the government's position that Mr. Frometa has waived the attorney client privilege with Mr. Rumley as a result of the Response to the 851 Information and the ineffective assistance claim.  See, e.g., Greater Newburyport Clamshell Alliance v. Public Service Co., 838 F.2d 13, 19 (1st Cir. 1988) ("The sixth amendment provides a shield for the attorney-client privilege only in criminal proceedings; upon the termination of those proceedings and initiation of a civil action putting the privilege at issue, that constitutional protection ends.")  I am therefore also requesting any and all documents reflecting communications between Mr. Frometa and Mr. Rumley, as well as a complete copy of Mr. Rumley's file pertaining to this matter as well as any services provided to Frometa by Attorney Rumley after

the matter at issue was completed.

Based on our conversation with the Court last week, I understand that you will obtain these documents and provide a complete set to me. If you obtain any documents pertaining to this matter that are withheld from production (whether on privilege or any other grounds), I request that you notify me of that fact, identifying the document and the basis for the non-production.

As I indicated in court, I am happy to obtain these records on my own provided the Mr. Frometa execute a waiver of the attorney-client privilege. You indicated that, in lieu of the waiver, you would prefer to proceed as is set forth above.

I'd greatly appreciate you're providing me with the responsive documents you presently have at your earliest convenience.

Thanks. Please call if you have any questions.

    Very truly yours,

    MICHAEL J. SULLIVAN
    United States Attorney

By: /s John A. Wortmann, Jr.
    JOHN A. WORTMANN, JR.
    Assistant U.S. Attorneys

cc: Maryellen Molloy,
    Clerk to the Hon. Nancy Gertner