```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | Criminal No.  04-10050-NG |
| ) | |
| **FERNANDO FROMETA** ) | |

**MOTION TO EXCLUDE TIME FROM SPEEDY TRIAL ACT COMPUTATIONS**

The United States of America hereby moves with the assent of defense counsel that the time between March 30, 2005 and April 26, 2005 be excluded from all Speedy Trial Act calculations.  As grounds therefore, the government states that, at the Status Conference held on March 30, 2005,  counsel requested (and were granted) additional time (through April 26, 2005) to pursue resolution of the case.  Based on that request the government therefore moves that the time between March 30, 2005 and April 26, 2005 be excluded from all Speedy Trial Act calculations in the interest of justice.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney

                                       By:<u>/s John A. Wortmann,Jr.</u>
                                              JOHN A. WORTMANN, JR.
                                              Assistant U.S. Attorney
                                              One Courthouse Way
                                              Boston, MA 02210
                                              (617)748-3207

+