UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Cr. No. 04-10050 NG |
| v. ) | |
| ) | |
| FERNANDO FROMETA, ) | |
| a/k/a "KING FERN" ) | |
| ) | |

ASSENTED TO MOTION OF THE UNITED STATES
TO CONTINUE RULE HEARING AND FOR EXCLUDABLE DELAY

The United States hereby moves to continue by approximately
30 days the Rule 11 hearing currently scheduled for June 27, 2005
in the above matter.  As grounds for this motion, the government
states that the government and defense counsel require the
additional thirty days to negotiate the parameters of a potential
plea agreement.  The defendant, through counsel, assents to this
request.  The requested delay is therefore in the interests of
justice and outweighs the best interests of the public and the
defendants in a speedy trial.  The government therefore moves
that the time between June 27, 2005 (the date of the Rule 11
hearing) and the re-scheduled Rule 11 hearing be excluded from
all calculations under the Speedy Trial Act.

Respectfully submitted,

MICHAEL J. SULLIVAN

United States Attorney

s/ PETER K. LEVITT
By:  PETER K. LEVITT
Assistant U.S. Attorney

June 17, 2005